USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO

                     Petitioner,

- against -

KPM Construction a/k/a KPM Construction Corp.,

                     Respondent.

---

**23-cv-06538 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Whereas Petitioner moved to confirm arbitration (Dkt. No. 1) and Respondent has not appeared in this action, and upon consideration of Petitioner's Motion for Summary Judgment under Rule 56(c) of the Federal Rules of Civil Procedure (Dkt. No. 8) and supporting Memorandum, Declaration, Rule 56.1 Statement, Affirmation, and exhibits attached thereto (Dkt. Nos. 8-12), the Court hereby **GRANTS** summary judgment in favor of Petitioner and **CONFIRMS** the arbitral award (Dkt. No. 3-1). The Clerk of Court shall enter judgment for Petitioner and close this case.

**SO ORDERED.**

Dated:    September 26, 2024
             New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.