**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO,

                Petitioner,

-against-                                    23 **CIVIL 6538 (VM)**

                                              **JUDGMENT**

KPM Construction a/k/a KPM Construction Corp.,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2024, the Court hereby GRANTS summary judgment in favor of Petitioner and CONFIRMS the arbitral award (Dkt. No. 3-1). Judgment is entered for Petitioner , and the case is closed.

**Dated:** New York, New York

     September 26, 2024

                                                    **DANIEL ORTIZ**
                                             **Acting Clerk of Court**

                         **BY:**
                                       _____
                                            **Deputy Clerk**