```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, | ) <br> ) <br> ) <br> ) Index No.: 23-cv-06538-VM |
| Petitioner, | ) |
| -against- | ) JUDGMENT <br> ) <br> ) |
| KPM Construction a/k/a KPM Construction Corp., | ) |
| Respondent. | ) |

---

This action having been commenced on July 27, 2023 by the filing of the Summons and Petition, and a copy of the Summons [ECF No. 6] and Petition [ECF No. 1] having been served on the Respondent, KPM Construction a/k/a KPM Construction Corp., on August 2, 2023 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on September 11, 2023 [ECF No. 7]; and a copy of a Motion for Summary Judgment and supporting documents having been filed on September 19, 2024 [ECF Nos. 8-12] and the Motion for Summary Judgment and supporting documents having been served on Respondent, KPM Construction a/k/a KPM Construction Corp., on September 19, 2023 via mail and said Proof of Service having been with the Court on September 19, 2023 [ECF No. 13]; and Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioners have judgment against Respondent in the liquidated amount of $7,395.00, which includes the following: confirmation of the

Arbitration Award of the Joint Trade Board in the amount of $3,500.00, attorneys' fees in the sum of $3,420.00, and court costs and disbursements of this action in the sum of $475.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioners be entered as a final judgment against Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
18 November, 2024

So Ordered: _____
Victor Marrero
U.S.D.J.

.